IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

JASSAS CAPITAL LLC, D/B/A
HOLIDAY INN,

CASE NO.: 23-CA-011255

       Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY,
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, SUBSCRIBING TO CERTIFICATE
NUMBER UMRB1776BP202321N, and
UNITED SPECIALTY INSURANCE
COMPANY,

       Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL TO OPPOSING COUNSEL

YOU ARE HEREBY NOTIFIED that Defendants, ARCH SPECIALTY INSURANCE COMPANY ("ARCH"), CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NUMBER UMRB1776BP202321N ("UNDERWRITERS"), and UNITED SPECIALTY INSURANCE COMPANY ("UNITED") (collectively, the "MARKET"), in the above-styled action has, on this day, filed a Notice of Removal to the United States District Court for the Middle District of Florida, Fort Myers Division. A copy of the Notice of Removal is attached hereto as **Exhibit "A."** The removal of the above-styled action to the United States District Court for the Middle District of Florida has been effectuated thereby.

Please serve the undersigned with copies of all pleadings that may be filed by you in the United States District Court for the Middle District of Florida pursuant to the removal of this cause and in accordance with the Federal Rules of Civil Procedure.

Dated this 28 day of November, 2023.

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Justin Sblano*

CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
JUSTIN W. SBLANO, ESQ.
Florida Bar No.:  1008138
jsblano@butler.legal
Secondary:  hkerr@butler.legal
ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
Attorneys for Defendants, ARCH SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NUMBER UMRB1776BP202321N, and UNITED SPECIALTY INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

James A. Demiles, Esq.
Demiles Law
2700 N. 29th Avenue, Suite 106
Hollywood, Florida 33020
james@demileslaw.com
Attorneys For Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN

by e-Portal on November 28, 2023.

*/s/ Justin Sblano*

JUSTIN W. SBLANO, ESQ.

2

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASSAS CAPITAL LLC, D/B/A
HOLIDAY INN,

    Plaintiff,

CASE NO.: _____
State Case No.: 23-CA-011255

vs.

ARCH SPECIALTY INSURANCE
COMPANY, CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON, SUBSCRIBING TO
CERTIFICATE NUMBER
UMRB1776BP202321N, AND UNITED
SPECIALTY INSURANCE COMPANY,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, ARCH SPECIALTY INSURANCE COMPANY ("ARCH"), CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NUMBER UMRB1776BP202321N ("UNDERWRITERS"), and UNITED SPECIALTY INSURANCE COMPANY ("UNITED") (collectively, the "MARKET"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1441(a), remove an action pending in the Circuit Court of the Twentieth Judicial Circuit of Florida, in and for Lee County, styled JASSAS CAPITAL LLC, D/B/A HOLIDAY INN v. ARCH SPECIALTY INSURANCE

COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NUMBER UMRB1776BP202321N, and UNITED SPECIALTY INSURANCE COMPANY, Case No. 05-23-CA-011255, where Plaintiff filed suit against the MARKET, and further states:

## JURISDICTION

1. This Court has jurisdiction. The state court action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. The MARKET is entitled to remove this action pursuant to 28 U.S.C. § 1441.

## TIMELY NOTICE OF REMOVAL

2. Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN ("PLAINTIFF") filed a Complaint against the MARKET in Lee County Circuit Court, on or about October 2, 2023.

3. On or about October 9, 2023, the State of Florida Department of Financial Services served the MARKET with a Summons and copy of the Complaint in connection with the state action. Plaintiff later amended its complaint to allege that it is a limited liability company. Plaintiff's Amended Complaint asserts that the MARKET breached an insurance contract issued to Plaintiff, which alleges damages arising out of and a loss, on, or about

2

September 28, 2022.[1]

4.  The MARKET was unaware of the citizenship of the members of Plaintiff's limited liability company as Plaintiff's Complaint and Amended Complaint are silent as to the identity and citizenship of the members of Plaintiff's limited liability company.[2]

5.  On November 7, 2023, the MARKET discovered that the case was removable based upon the diversity of the parties per the requirement of 28 U.S.C. § 1332(a), when Plaintiff provided the MARKET with the identities and domiciles of the members of Plaintiff's limited liability company. Plaintiff identified its members and their domiciles, who, as further set forth below, are California citizens.[3] As Plaintiff's members are individuals who solely have California citizenship, Plaintiff is a California citizen. The Market is not a citizen of California.

6.  The MARKET is permitted 30 days to remove from the receipt of the first post-suit paper that provides the basis for removal. *See* 28 U.S.C. § 1446(b)(3); *see also*, *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1214 (11th Cir. 2007) (discussing that a party must remove within 30 days of receiving the document that provides the basis for removal). The definition of an 'other

---

[1] *See* Plaintiff's Amended Complaint, and Notices of Service (attached as **Composite Exhibit 1**).
[2] *See* Plaintiff's Complaint/Amended Complaint (attached as **Composite Exhibit 1**).
[3] *See* Plaintiff's November 7, 2023, email, and Plaintiff's Corporation Information from Sunbiz.org (attached as **Exhibit 2**).

3

paper' is broad, and may include any formal or informal communication received by a defendant. *Westland Com. Park v. Arch Specialty Ins. Co.*, 587 F.Supp.3d 1153, 1156 (S.D. Fla. Feb. 23, 2022).

7. A case may not be removed under subsection (b)(3) on the basis of jurisdiction conferred by section 1332 more than 1 year after commencement of the action, unless there is a finding that the Plaintiff acted in bad faith in order to prevent the MARKET from removing the action. *See* 28 U.S.C. § 1446(c)(1).

8. This Notice of Removal is filed timely as it is filed within 30 days of the MARKET's receipt of Plaintiff's citizenship of its members (November 7, 2023), and within 1 year after commencement of the action (October 2, 2023). *See Westland Com. Park*, 587 F.Supp.3d at 1156.

9. Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind filed with the state court are being filed with this Notice of Removal.

10. Additionally, pursuant to 28 U.S.C. § 1332, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## COMPLETE DIVERSITY EXISTS

11. There is complete diversity between Plaintiff and the MARKET.

12. Defendant, ARCH SPECIALTY INSURANCE COMPANY ("ARCH") is, and was at the time the Complaint/Amended Complaint was

4

filed in state court, incorporated in the State of Missouri, with its principal place of business in the State of New Jersey, and, thus, is a citizen of those states. ARCH is not a citizen of or incorporated in Florida or California, and does not have its principal place of business in the Florida or California. At all times material to this action, ARCH has been a foreign corporation doing business in Florida.[4]

13. Defendant, UNITED SPECIALTY INSURANCE COMPANY ("UNITED") is, and was at the time the Complaint/Amended Complaint was filed in state court, incorporated in the State of Delaware, with its principal place of business in the State of Texas, and, thus, is a citizen of those states. UNITED is not a citizen of or incorporated in the Florida or California, and does not have its principal place of business in the Florida or California. At all times material to this action, UNITED has been a foreign corporation doing business in Florida.[5]

14. Defendant, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NUMBER UMRB1776BP202321N ("UNDERWRITERS"), is, and was at the time the Complaint/Amended Complaint was filed in Florida state court, unincorporated associations consisting of three syndicates: RNR 1458, AAL

---

[4] *See* Florida Office of Insurance Regulation Summary (attached as **Exhibit 3**).
[5] *See* Florida Office of Insurance Regulation Summary (attached as **Exhibit 4**).

5

2012 and ACS 1856. The Eleventh Circuit found that Lloyd's syndicates are "creatures of administrative convenience" that "fall squarely within the class of unincorporated associations for which the pleading of every member's citizenship is essential to establishing diversity jurisdiction." *Underwriters at Lloyd's, London v. Osting-Schwinn*, 613 F.3d 1079, 1088-89 (11th Cir. 2010). Like other unincorporated associations, the citizenship of Lloyd's is determined by the citizenship of its members. Members that are private limited companies in the United Kingdom are treated like a corporation for diversity purposes. *See Simon Holdings PLC Group of Companies U.K. v. Klenz*, 878 F. Supp. 210, 211 (M.D. Fla. 1995) (treating a private limited company "incorporated under the laws of the United Kingdom" as a corporation for diversity and subject matter jurisdiction purposes pursuant to a determination under 28 U.S.C. § 1332); *Green Coast Enterprises, LLC v. Certain Underwriters at* Lloyd's, CV 22-973, 2022 WL 2208206, at *5 (E.D. La. June 21, 2022) (finding an Underwriters syndicate that was a private limited company as a corporation for diversity subject-matter jurisdiction); *Wexler v. Allegion (UK) Limited*, No. 16 Civ. 2252, s, at *3-4 (S.D. N.Y. Nov. 9, 2016) (recognizing a private limited company in United Kingdom is treated as a corporation purposes of diversity subject matter jurisdiction); *SHLD, LLC v. Hall*, No. 15 Civ. 6225 (LLS), 2015 WL 5772261, at *2 (S.D.N.Y. Sept. 29, 2015) (same); *Century Metal Recycling, Pvt. Ltd. v. Dacon Logistics, LLC*,

6

2013 WL 5929816 at *3 (D.Conn. Nov. 4, 2013) (same); *Chok v. S & W Berisford PLC*, 624 F.Supp. 440, 441 (S.D. N.Y. 1985) (finding a British private limited company "is a corporation formed under the laws of the United Kingdom," and therefore treated as a corporation for purposes of diversity determination). Therefore, when the members of a Lloyd's syndicate are private limited companies, the Lloyd's syndicate has citizenship where each private limited company is incorporated and where each private limited company has its principal place of business.

   a.  Syndicate ACS 1856 is an unincorporated association. Syndicate ACS 1856's sole member is IQUW Corporate Member Ltd., which is a private limited company incorporated in the United Kingdom with its principal place of business in the United Kingdom.

   b.  Syndicate AAL 2012 is an unincorporated association. Syndicate AAL 2012's sole member is Arch Syndicate Investments Ltd., which is a private limited company incorporated in the United Kingdom with its principal place of business in the United Kingdom.

   c.  Syndicate RNR 1458 is an unincorporated association. Syndicate RNR 1458's sole member is RenaissanceRe Corporate Capital (UK) Limited, which is a private limited company incorporated in

7

the United Kingdom with its principal place of business in the United Kingdom.

15. Therefore, for purposes of determining diversity under 28 U.S.C. § 1332(c)(1), ARCH is a citizen of the State of Missouri and the State of New Jersey, UNITED is a citizen of the State of Delaware and the State of Texas, and UNDERWRITERS are citizens of the United Kingdom.[6]

16. Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, is, and was at the time the Complaint/Amended Complaint was filed in Florida's State Court, a limited liability company. For the purposes of diversity jurisdiction under 28 U.S.C. § 1332(c)(1), a limited liability company has its citizenship where its members have their citizenship. *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004); *Westland Com. Park*, at *3. The MARKET must plead the identity of every member, something it could not do when they were served with the Complaint/Amended Complaint. On November 7, 2023, Plaintiff provided the names and citizenship of its members, which was the first time the MARKET was provided with the identity of every member of Plaintiff's limited liability company and their citizenships. Plaintiff's members are citizens of the State of California, thus,

---

[6] *See* Florida Office of Insurance Regulation Summaries (attached as **Exhibit 3**, and **Exhibit 4**).

8

Plaintiff is a citizen of the State of California.[7]

    A.    The following are facts establishing the California citizenship of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, regarding its member: Dr. Sarabjit Mangat (with a date of birth of September 26, 19XX), an individual who is domiciled in Los Angeles County, California:[8]

        i.    Plaintiff's November 7, 2023, email provides that the one of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN's members is Dr. Sarabjit Mangat.

        ii.    Dr. Sarabjit Mangat is listed in the records maintained by the State of Florida as an Authorized Member and Manager for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's mailing address listed at 15445 Ventura Blvd., #900, Sherman Oaks, CA 91403, and within the document provided by Plaintiff on November 7, 2023.

        iii.    Dr. Sarabjit Mangat has a Professional Psychologist license in the State Of California, with a listed address at 2829 Townsgate Road, Suite 100, Westlake Village, CA 91361.

---

[7] *See* Plaintiff's November 7, 2023, email, and Plaintiff's Corporation Information from Sunbiz.org (attached as **Exhibit 2**). Plaintiff provided the Sunbiz document as support for the citizenships of its members.

[8] *See* Plaintiff's November 7, 2023, email, and Plaintiff's Corporation Information from Sunbiz.org (attached as **Exhibit 2**).

9

B. The following are facts establishing the California citizenship of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, regarding its member: Ravinder Singh, SDR (with a date of birth of December 16, 19XX), an individual who is domiciled in Los Angeles County, California:

　　i. Plaintiff's November 7, 2023, email provides that the one of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN's members is Ravinder Singh.

　　ii. Ravinder Singh is listed in the records maintained by the State of Florida as an Authorized Member for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's mailing address listed at 15445 Ventura Blvd., #900, Sherman Oaks, CA 91403, and within the document provided by Plaintiff on November 7, 2023.

　　iii. Ravinder Singh has a Professional Dentist license in the State Of California, with a listed address at 10940 Shadow Hills Ave., Sunland, CA 91040-1258.

C. The following are facts establishing the California citizenship of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, regarding its member: Dr. Jatinder Pruthi (with a date of birth

of April 27, 19XX), an individual whose domiciled in Los Angeles County, California:

i. Plaintiff's November 7, 2023, email provides that the one of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN's members is Dr. Jatinder Pruthi.

ii. Dr. Jatinder Pruthi is listed in the records maintained by the State of Florida as an Authorized Member for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's mailing address listed at 15445 Ventura Blvd., #900, Sherman Oaks, CA 91403, and within the document provided by Plaintiff on November 7, 2023.

iii. Dr. Jatinder Pruthi has a Professional Physician - Medical Doctor license in the State Of California, with a listed address at 26707 Macmillan Ranch Rd., Santa Clarita, CA 91387-4039.

D. The following are facts establishing the California citizenship of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, regarding its member: Sunny Pahl (with a date of birth of XXXXXX XX, 19XX), an individual who is domiciled in Los Angeles County, California:

      i.      Plaintiff's November 7, 2023, email provides that the one of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN's members is Sunny Pahl.

      ii.     Sunny Pahl is listed in the records maintained by the State of Florida as an Authorized Member for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's mailing address listed at 15445 Ventura Blvd., #900, Sherman Oaks, CA 91403, and within the document provided by Plaintiff on November 7, 2023.

E.    The following are facts establishing the California citizenship of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, regarding its member: Lachman Singh (with a date of birth of February 4, 19XX), an individual who is domiciled in Los Angeles County, California:

      i.      Plaintiff's November 7, 2023, email provides that the one of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN's members is Lachman Singh.

      ii.     Lachman Singh is listed in the records maintained by the State of Florida as an Authorized Member and Managing Member for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's mailing address listed at 15445

        Ventura Blvd., #900, Sherman Oaks, CA 91403, and within the document provided by Plaintiff on November 7, 2023.

F.   The following are facts establishing the California citizenship of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, regarding its member: Daniel Singh also known as Parmkit Daniel Singh (with a date of birth of August 13, 19XX), an individual who is domiciled in Los Angeles County, California:

   i.   Plaintiff's November 7, 2023, email provides that the one of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN's members is Daniel Singh.

   ii.   Daniel Singh is listed in the records maintained by the State of Florida as an Authorized Representative and CEO for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's mailing address listed at 15445 Ventura Blvd., #900, Sherman Oaks, CA 91403, and within the document provided by Plaintiff on November 7, 2023.

G.   The following are facts establishing the California citizenship of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, regarding its member: Jag Pathirana also known as Jagath Dylan Pathirana (with a date of birth of September 26, 19XX), an individual who is domiciled in Los Angeles County, California:

      i.      Plaintiff's November 7, 2023, email provides that the one of Plaintiff, JASSAS CAPITAL LLC, D/B/A HOLIDAY INN's members is Jag Pathirana.

      ii.     Jag Pathirana is listed in the records maintained by the State of Florida as an Authorized Representative and CFO for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's mailing address listed at 15445 Ventura Blvd., #900, Sherman Oaks, CA 91403, and within the document provided by Plaintiff on November 7, 2023.

      iii.    Jag Pathirana is listed in the records maintained by the State of Florida as the registered agent for JASSAS CAPITAL LLC, D/B/A HOLIDAY INN, with the LLC's principal address at 2431 S. Cleveland Avenue Fort Myers, FL 33901.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

17.    The MARKET issued a commercial property policy to Plaintiff under Policy No. VETGF01173210 (the "Subject Policy"). The Subject Policy period is from November 13, 2021, through November 13, 2022, for the Subject Property.[9]

---

[9] *See* Policy attached to Plaintiff's Complaint/Amended Complaint (attached as **Composite Exhibit 1**)**.**

14

18. Plaintiff's Complaint/Amended Complaint asserts a cause of action for breach of contract, alleging that the MARKET failed or refused to pay Plaintiff's claim that occurred on or about September 28, 2022.[10] Plaintiff asserts that it has suffered damages as a result of the Subject Claim, along with attorney fees.[11]

19. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.  Plaintiff claims its damages are $ 2,596,310.75.[12]

## VENUE

20. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Fort Myers Division, the court for the district and division that embraces the state court where the removed state action was pending, and is filed within the time provided for the removal of actions to the United States District Court.  *See* 28 U.S.C § 1446(b).

## COMPLIANCE WITH 28 U.S.C. § 1446

21. Pursuant to the provisions of 28 U.S.C. § 1446, and the Local Rules for the United States District Court for the Middle District of Florida, the MARKET files copies of all process, pleadings, orders, and other papers or exhibits of every kind, including depositions, on file in the state court as of

---

[10] *See* Plaintiff's Complaint/Amended Complaint (attached as **Composite Exhibit 1**).
[11] *See* Plaintiff's Complaint/Amended Complaint (attached as **Composite Exhibit 1**).
[12] *See* Plaintiff's Estimate prepared by its Public Adjuster: Adjuster Pros (attached as **Exhibit 5**).

the date of this filing.[13]

22.     Pursuant to 28 U.S.C. § 1446(d), the MARKET filed this Notice of Removal with this Court and is serving a copy of this Notice of Removal upon counsel for all parties.  A true copy of this Notice of Removal is also being filed by the MARKET with the state court where this action was pending and written notice will be given to all adverse parties "promptly after" the filing in this Court of this Notice of Removal, in full compliance with 28 U.S.C. § 1446(d).

23.     Pursuant to 28 U.S.C. § 1446(d), the MARKET provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of the Circuit Court of the Twentieth Judicial Circuit of Florida in and for Lee County.

WHEREFORE, the MARKET respectfully request that this Court (1) remove this action from the Circuit Court; (2) exercise jurisdiction over this matter as provided by law; and (3) place the action on the docket of this Court for further proceedings, the same as if this action had originally been executed in this Court.

Respectfully submitted this 28th day of November, 2023.

---

[13] *See* **Composite Exhibit 1** and Lee County Clerk of Court Docket sheet (attached as **Exhibit 6**).

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Justin W. Sblano*
CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.: 0044808
cramey@butler.legal
JUSTIN W. SBLANO, ESQ.
Florida Bar No.: 1008138
jsblano@butler.legal
Secondary     hkerr@butler.legal
             ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:  (813) 281-1900
Facsimile:   (813) 281-0900
Attorneys for the Defendants, ARCH SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NUMBER UMRB1776BP202321N, and UNITED SPECIALTY INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that on November 28, 2023, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system. A copy of the foregoing was forwarded to the following this same date:

James A. Demiles, Esq.
Demiles Law
2700 N. 29th Avenue
Suite 106
Hollywood, Florida 33020
james@demileslaw.com
Attorney for Plaintiff, JASSAS
CAPITAL LLC, D/B/A
HOLIDAY INN

*/s/ Justin W. Sblano*
JUSTIN W. SBLANO, ESQ.