UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FEDERAL DIVISION

JASSAS CAPITAL LLC, D/B/A
HOLIDAY INN,

    Plaintiff,

vs.                              CASE NO. 2:23-cv-01095-SPC-NPM

ARCH SPECIALTY INSURANCE
COMPANY, CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON, SUBSCRIBING TO
CERTIFICATE NUMBER
UMRB1776BP202321N, AND UNITED
SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## Mediation Results Report

A mediation conference was conducted on March 5, 2024.

    ☒ Plaintiff/Petitioner appeared.
    ☒ Defendant/Respondent appeared.

Plaintiff's Attorney's Firm Appeared: David Benjamin, Esq., Demiles Law, P.A.

Defendant's Attorney's Firm Appeared: Christopher M. Ramey, Esq., Butler, Weihmuller, Katz, Craig, LLP

**MEDIATOR**:
Anne Kevlin, Esq., Florida Supreme Court Circuit, Civil, and County Mediator

**RESULTS**:      ☒ FULL SETTLEMENT

☐ PARTIAL SETTLEMENT
☐ NO SETTLEMENT
☐ CONTINUED TO _____

Respectfully Submitted:

_____
Anne Kevlin, Esq.
FBN 930970
Kevlin Mediation PLLC
200 Second Ave. South #730
St. Petersburg, FL 33701
727.404.4855
anne@kevlinmediation.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court utilizing Florida Court's E-Filing Portal system and in compliance with Florida Rules of Judicial Administration 2.515 and 2.516(3) on March 6, 2024, which will automatically transmit an electronic copy to counsel of record.

_____
Anne Kevlin, Esq.
FBN 930970